**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JABRIL IVY,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-4549** |
| | : | |
| **CITY OF PHILADELPHIA, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 23rd day of November, 2026, upon consideration of Defendants City of Philadelphia ("the City"), Matthew Lally, and James McCullough's Motion to Dismiss (ECF No. 20), Plaintiff Jabril Ivy's Response thereto (ECF No. 25), Defendant's Reply thereon (ECF No. 26), and Ivy's Surreply (ECF No. 27), it is **ORDERED** that:

1. The Motion is **GRANTED IN PART AND DENIED IN PART** for the reasons stated in the Court's accompanying Memorandum, as follows:

   a. The (1) state law claims; (2) claims for punitive damages against the City; (3) Fourth Amendment fabrication of evidence claims; (4) malicious abuse of process claims; and (5) Fourteenth Amendment malicious prosecution claims are **DISMISSED WITH PREJUDICE.**

   b. The (1) *Monell* claims against the City; (2) failure to supervise claims against Defendant Outlaw; (3) *Brady* claims against Lally and McCullough; and (4) deliberate deception claims against Outlaw, Reznick, and the Doe Defendants are **DISMISSED WITHOUT PREJUDICE**.

   c. The (1) Fourth Amendment false arrest claims; (2) Fourteenth Amendment fabrication of evidence claims; (3) Fourteenth Amendment deliberate

deception claims; and (4) Fourth Amendment malicious prosecution claims shall **PROCEED** to discovery.

2. Defendants Lally and McCullough shall file an answer as to the remaining claims within fourteen (14) days of the date of this Order.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**